# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WISHARD and JENNIFER WISHARD, on behalf of their minor child, J.W., | : Civil No. 1:18-CV-01665 |
| Plaintiffs, | : |
| v. | : |
| WAYNESBORO AREA SCHOOL DISTRICT, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's motion for summary judgment (Doc. 25) is **GRANTED**.

2. Plaintiffs' motion for summary judgment (Doc. 27) is **DENIED**.

3. The Clerk of Court is directed to enter judgment in Defendant's favor and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania